UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) Civil Action No. 2:11-00002-20 |
| | ) Magistrate Judge Knowles |
| **JAMES RUSSELL NORRIS** | ) |

### O R D E R

The Parties have filed an Agreed Motion for Pre-Trial Release of Defendant James Russell Norris. Docket No. 450. The Pretrial Services Officer has no objection to the agreement of the parties. This Motion is granted and the modifications to his pretrial release are adopted.

The Order entered October 31, 2011 (Docket No. 446), allowing Defendant to surrender to the United States Marshal and be detained in federal custody is hereby VACATED.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge