Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **NO: 2:11-00002** |
| | ) | **JUDGE TRAUGER** |
| | ) | |
| **TIMOTHY RICHARD FORRSTER** | ) | |

**MOTION TO CORRECT SPELLING OF LAST
NAME IN THE INDICTMENT**

Comes the defendant, Timothy Richard Forster, by and through counsel and moves the Court to correct the spelling of his last name in the indictment.

The indictment spells his name a "Timothy Richard Forrester". The correct spelling of his names is "Timothy Richard Forster".

Respectfully submitted,

s/ Michael D. Noel
_____
Michael D. Noel
Attorney for Timothy
    Richard Forster

5115 Maryland Way
Brentwood, TN 37027
TSCRN 2593