# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:11-00002 |
| | ) | Judge Trauger |
| [31] WILLIAM JEROME BURNS | ) | |
| | ) | |

## O R D E R

The Joint Motion to Continue Sentencing Hearing (Docket No. 964) is **GRANTED**. It is hereby **ORDERED** that this sentencing is **RESET** for Thursday, September 27, 2012, at 9:00 a.m. The court will set aside the entire day for this sentencing hearing.

It is so **ORDERED**.

ENTER this 20th day of June 2012.

_____
ALETA A. TRAUGER
U.S. District Judge