IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 2:11-00002 |
| | ) | Judge Trauger |
| [3] SAMUEL WILLIAM HEDGECOTH | ) | |

**O R D E R**

It is hereby **ORDERED** that the sentencing of this defendant, scheduled for July 2, 2012 at 1:30 p.m., is **RESET** for the same day at 2:00 p.m.

It is so **ORDERED**.

ENTER this 26th day of June 2012.

_____
ALETA A. TRAUGER
U.S. District Judge