**Motion GRANTED. Hearing reset for 8/30/12 at 4:00 p.m.**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE No. 2:11-00002 |
| | ) | JUDoGE TRAUGER |
| KEVIN JAMES WOODY | ) | |
| Defendant | ) | |

## MOTION TO CONTINUE SENTENCING HEARING

Comes now the defendant, Kevin James Woody, by and through counsel of record, David R. Heroux, and herein moves this Honorable Court to continue the Sentencing Hearing set in this matter for July 11, 2012. The defendant would request, subject to the Court's calendar, the Sentencing Hearing be rescheduled to sometime in the week of the 20th or 27th of August 2012. An affidavit of Counsel has been filed in support of this motion.

Respectfully submitted,

**Haymaker & Heroux, P.C.**

s/ David R. Heroux
David R. Heroux,     BPR   20798
Attorney for the Defendant
943 Main Street
Nashville, Tennessee 37206
(615) 250-0050