> Motion GRANTED. Hearing reset for 10/5/12 at 2:30 p.m.
>
> /s/ Judge Trauger

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:11-00002 |
| | ) | JUDGE TRAUGER |
| JESSICA BURNS | ) | |

### MOTION TO CONTINUE SENTENCING HEARING

Defendant Jessica Burns, by and through undersigned counsel, does hereby move the Court to reschedule her sentencing hearing presently set for July 9, 2012 at 2:30 p.m. For reason, the sentencing hearing of William Jerome Burns has been rescheduled to September 27, 2012 (Docket Entry No. 965). It is anticipated Ms. Burns will testify at that hearing, and requests her sentencing hearing be rescheduled to a date and time after September 27, 2012.

THE LAW OFFICE OF DAVID L. COOPER, P.C.

   s/ David L. Cooper
**DAVID L. COOPER   BPR #11445**

Third Avenue North Building
208 Third Avenue, North
Suite 300
Nashville, Tennessee 37201
(615) 256-1008

**ATTORNEY FOR JESSICA BURNS**

### CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing **Defendant Jessica Burns' Motion to Continue the Sentencing Hearing** has been delivered by the Court's CM/ECF system to **Alex Little , AUSA,** 110 9th Ave. South, Suite A-961, Nashville, TN 37203-3870, and other counsel for co-defendants, on this 27th day of June, 2012.

   s/ David L. Cooper
**DAVID L. COOPER**