IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED. Hearing reset for 11/1/12 at 1:30 p.m.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No: 2:11-00002 |
| v. | ) |
| | ) JUDGE TRAUGER |
| | ) |
| VANESSA MIMS | ) |

**DEFENDANT MIMS' MOTION
TO CONTINUE SENTENCING HEARING**

Defendant Vanessa Mims, respectfully requests that this Honorable Court continue the Sentencing Hearing that is currently set for Monday, July 9, 2012. Moreover, Ms. Mims respectfully requests that the Sentencing Hearing be rescheduled to a time after October 29, 2012. In support of this Motion, Ms. Mims states as follows:

1. Ms. Mims is due to be sentenced on July 9, 2012.

2. Ms. Mims' physician has recently recommended to Ms. Mims a specialized treatment program to help her to safely overcome her use of Oxycodone.

3. The reason for Ms. Mims requesting until nearly November, 2012, for the new Sentencing Hearing date is