UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED. Sentencing hearing reset for 10/19/12 at 2:30 p.m.**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Docket: 2:11-CR-00002 |
| v. | Judge Trauger |
| **KYLE LEAVENS** | |

## MOTION TO CONTINUE SENTENCING HEARING

Comes now the Defendant, Kyle Leavens, by and through counsel of record, Jennifer Lynn Thompson, and respectfully requests this Honorable Court continue the Sentencing Hearing currently set for July 26, 2012 at 2:30 p.m. For cause, Counsel would state that a series of events have interrupted counsel's preparation for Mr. Leavens' sentencing. Counsel would show the following:

1. On June 15, 2012, Counsel suffered a fire, which completely destroyed her physical office and all materials inside, but for the computer she ran in and rescued. Counsel was not able to save her purse or credit cards.

2. While counsel's physical paperwork had been scanned and saved to the cloud, there has been a disruption in her work.

3. Despite having the computer, counsel lost all her other hardware, keyboards, track pad, plugs, printers, scanners, and telephones. Unfortunately, for the first few days, counsel did not have any ATM cards or credit cards with which to purchase new materials.