IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 2:11-00002 |
| | ) | Judge Trauger |
| [10] DAVID FRANKLIN KING | ) | |
| [25] COURTNEY JO RABIDEAU | ) | |

**O R D E R**

The case against these two defendants is presently set for trial on July 31, 2012. The court is informed that Mr. King's medical condition does not allow him to go to trial, and defendant Rabideau is still a fugitive. The present speedy trial deadlines for both of these defendants is October 9, 2012. It is therefore **ORDERED** that the trial scheduled for July 31, 2012 is **CONTINUED**, and will be reset for October 9, 2012.

It is so **ORDERED**.

ENTER this 26th day of July 2012.

ALETA A. TRAUGER
U.S. District Judge