> **Motion GRANTED. Hearing reset for 9/7/12 at 2:00 p.m.**
>
> */s/ Judge Trauger*

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 2:11-00002-13 |
| | ) | Judge Trauger |
| EMILY BRADLEY | ) | |

### MOTION TO CONTINUE SENTENCING

    Comes now the Defendant, Emily Bradley, through undersigned counsel, and respectfully moves the Court for an order continuing the sentencing hearing in this matter which is currently set for August 6, 2012. For grounds, the Defendant would state that she is currently housed in an in-patient drug treatment program in Cookeville, Tennessee. The Defendant expects to complete the 28 day program on August 3, 2012. However, the Defendant requests a continuance in order to allow additional time for the Defendant to prepare for sentencing. Additionally, the Defendant would state that a continuance of the sentencing hearing in this matter would allow the Court to make a better determination whether the Defendant has stopped her drug abuse. Counsel for the Defendant has been advised by Assistant United States Attorney J. Alex Little that the government does not oppose this motion.

Respectfully submitted,

/s/ Roger N. "Bo" Taylor
ROGER N. "BO" TAYLOR
Attorney for Emily Bradley
305 Fourteenth Avenue, North
Nashville, Tennessee 37203
(615) 859-0060; Fax: (615) 320-5597
bo.taylor@305lawoffice.com