> **Motion GRANTED.**
> **Hearing reset for 10/19/12 at 2:00 p.m.**
> *[signature]*

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 2:11-00002 |
| | ) | Judge Trauger |
| | ) | |
| SPIKE HEDGECOTH | ) | |

MOTION TO CONTINUE

Comes now the defendant, Spike Hedgecoth, by and through counsel, Sumter L. Camp, and hereby moves this Honorable Court to continue the July 30, 2012, sentencing hearing in the above styled cause. In support of this motion defendant would refer the Court to the sealed affidavit filed herewith.

Respectfully submitted,

*s/ Sumter L. Camp*
SUMTER L. CAMP
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of July, 2012, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following:
J. Alex Little, Assistant U.S. Attorney, 110 9th Ave. South, A-961, Nashville, TN 37203;
Kathleen G. Morris, 42 Rutledge Street, Nashville, TN 37210;
Paul J. Bruno, Bank of America Plaza, 414 Union Street, Suite 904, Nashville, TN 37219;