## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 2:11-00002 |
| | ) | Judge Trauger |
| | ) | |
| [14] TIMOTHY RICHARD FORSTER | ) | |

### O R D E R

It is hereby **ORDERED** that the sentencing scheduled for August 29, 2012 is **RESET** for Friday, August 31, 2012, at 3:00 p.m., due to an ongoing criminal trial.

It is so **ORDERED.**

Enter this 24th day of August 2012.

_____
ALETA A. TRAUGER
United States District Judge