IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 2:11-00002 |
| | ) | Judge Trauger |
| [8] JOY MARIE LEWIS | ) | |

**O R D E R**

It is hereby **ORDERED** that the sentencing previously scheduled for October 5, 2012 is **RESET** for Thursday, December 13, 2012, at 1:00 p.m.

It is so **ORDERED**.

ENTER this 4th day of September 2012.

_____
ALETA A. TRAUGER
U.S. District Judge