Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | NO: 2:11-00002 |
| | ) | JUDGE TRAUGER |
| | ) | |
| **TIMOTHY RICHARD FORSTER** | ) | |

## MOTION TO WITHDRAW DETAINER

Comes the defendant, Timothy Forster, by and through counsel and with the agreement of the government by Assistant United States Attorney Alex Little and moves the court to withdraw the detainer lodged by the U.S. Marshall with State of Tennessee, Cumberland County.

In support of which it would be shown that the government agrees to withdraw the detainer lodged against the defendant in this matter and to permit the defendant to be released on conditions and appear on September 27, 2012 before this court for sentencing. The defendant is presently scheduled to appear Cumberland County Criminal Court on August 18, 2012 on a domestic assault at which time it is anticipated that the domestic assault charges against the defendant will either be dismissed or set for a future trial and that the defendant admitted bail on State charges.

The defendant submits that a voluntary appearance will permit the U.S. Marshall's Service to avoid the expense of transporting