**Motion GRANTED.
Hearing reset for
10/11/12 at 3:00 p.m.**

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 2:11-00002-14 |
| v. | ) | |
| | ) | JUDGE TRAUGER |
| TIMOTHY RICHARD FORRESTER | ) | |

## MOTION TO CONTINUE SENTENCING HEARING

The United States of America, by and through J. Alex Little, Assistant United States Attorney for the Middle District of Tennessee, requests the Court to continue the sentencing hearing currently set for Thursday, September 27, 2012, to another date convenient to the court.

The United States seeks a continuance to allow the parties additional time in which to calculate the defendant's criminal history points due to recent state criminal convictions in which United States Probation and Pretrial Services has yet to receive the judgements. The United States has consulted with Probation and acquiring the judgments will be done in a timely manner. The United States requests that the Court continue the sentencing hearing for two weeks.

The undersigned has attempted to contact counsel for the defendant, but has been unable to reach him at the time of the filing of this motion.

Therefore, the United States requests the sentencing hearing be continued for two weeks to a date convenient to the Court.

Respectfully submitted,

JERRY E. MARTIN
UNITED STATES ATTORNEY

*s\ J. Alex Little*
J. ALEX LITTLE
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203
(615) 736-5151