# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:11-00002 |
| | ) | Judge Trauger |
| [25] COURTNEY JO RABIDEAU | ) | |
| | ) | |

## O R D E R

The Government's Motion to Sever (Docket No. 1203) is **GRANTED**. It is hereby **ORDERED** that defendant Courtney Jo Rabideau is hereby **SEVERED** from the other defendants for trial. Her trial will be separately set upon her arrest.

It is so **ORDERED**.

ENTER this 3rd day of October 2012.

_____
ALETA A. TRAUGER
U.S. District Judge