**Motion GRANTED.**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No: 2:11-00002 |
| v. | ) |
| | ) JUDGE TRAUGER |
| | ) |
| VANESSA MIMS | ) |

## DEFENDANT MIMS' MOTION TO STRIKE MOTION FOR DOWNWARD DEPARTURES AND A VARIANCE

Defendant Vanessa Mims hereby moves this Honorable Court to Strike the Motion for Downward Departures And A Variance filed this day (D.E. 1281).  In addition, Mrs. Mims and her counsel hereby move the Court to strike the portions of the Sentencing Memorandum in which Mrs. Mims requests downward departures and a variance pursuant to 18 U.S.C. Section 3553(a) (D.E. 1283).  In support of this Motion, defense counsel states that she forgot that the Plea Agreement prohibits such arguments.  Defense counsel apologizes for this error.