IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:11-00002 |
| | ) | Judge Trauger |
| [6] KYLES ANTHONY LEAVENS | ) | |

**O R D E R**

It is hereby **ORDERED** that the government shall respond to the defendant's Motion to Reconsider Sentence Imposed (Docket No. 1309) by December 19, 2012.

It is so **ORDERED**.

ENTER this 4th day of December 2012.

_____
ALETA A. TRAUGER
U.S. District Judge