IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 2:11-00002 |
| | ) | Judge Trauger |
| [1] SPIKE HEDGECOTH | ) | |

### **O R D E R**

It is hereby **ORDERED** that the sentencing scheduled for December 12, 2012 is **RESET** for Thursday, February 14, 2013, at 1:30 p.m.

It is so **ORDERED**.

ENTER this 4th day of December 2012.

_____
ALETA A. TRAUGER
U.S. District Judge