IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 2:11-00002 |
| | ) | Judge Trauger |
| [4] MATTHEW COWART | ) | |

**O R D E R**

It is hereby **ORDERED** that the sentencing scheduled for December 17, 2012 is **RESET** for Thursday, February 14, 2013, at 2:30 p.m.

It is so **ORDERED**.

ENTER this 4th day of December 2012.

_____
ALETA A. TRAUGER
U.S. District Judge