IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 2:11-00002 |
| | ) | Judge Trauger |
| [22] MARCIA BERNICE PRESS | ) | |

**O R D E R**

It is hereby **ORDERED** that a hearing shall be held on January 16, 2013 at 11:00 a.m. on the Petition to Revoke Supervision (Docket No. 1352).

It is so **ORDERED**.

ENTER this 8th day of January 2013.

_____
ALETA A. TRAUGER
U.S. District Judge