**GRANTED, and the April 5, 2013 sentencing is RESET to APRIL 19, 2013 AT 11:00 a.m.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:11-cr-00002-33 |
| | ) | Judge Trauger |
| JOHN NANCE | ) | |

## MOTION TO CONTINUE SENTENCING HEARING

The Defendant, John Nance, by and through counsel, hereby moves to continue his sentencing hearing scheduled for April 5, 2013 at 11:00 A.M. The Defendant requests the sentencing hearing for two weeks after April 5, 2013. In support of this Motion, the Defendant would state as follows:

Mr. Nance's wife has recently been released from the hospital after suffering a severe asthma attack. She was in the hospital for five days last week. Mr. Nance wants his wife to be able to be present at his sentencing hearing. Since Ms. Nance has been out of work due to the hospitalization and Mr. Nance's work had been slow until recently, he needs a little time to save up some money so that his wife can make the trip from South Florida to Nashville with him for his sentencing hearing. Therefore, he requests a short two week continuance of his sentencing hearing.

The Government does not oppose a continuance in this matter. Mr. Nance requests that his sentencing hearing be reset for April 19, 2013 or soon thereafter.

Respectfully submitted this 21st day of March, 2013.

                                                      s/ Charles D. Buckholts
                                                    Charles D. Buckholts, BPR #019318
                                                    Attorney for Defendant
                                                    2400 Crestmoor Rd.
                                                    Nashville, TN 37215