IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 2:11-00002 |
| | ) | Judge Trauger |
| [13] EMILY CAROL BRADLEY | ) | |

### O R D E R

It is hereby **ORDERED** that a hearing shall be held on the Superseding Petition to Revoke Probation (Docket No. 1454) on Wednesday, April 10, 2013, at 2:00 p.m.

It is so **ORDERED.**

Enter this 2nd day of April 2013.

_____
ALETA A. TRAUGER
United States District Judge