Motion GRANTED.
*[signature]*

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 2:11-00002 |
| v. | ) | |
| | ) | JUDGE TRAUGER |
| JESSICA BURNS | ) | |

## DEFENDANT'S MOTION TO MODIFY THE JUDGMENT

Defendant Jessica Lynn Burns, by and through undersigned counsel, and pursuant to Rule 35 of the Federal Rules of Criminal Procedure, does hereby move the Court to modify the Judgment (Docket Entry No. 1499) entered on April 29, 2013. Specifically, Defendant requests the Court modify page 2 of the Judgment to reflect a recommendation that Defendant be "housed in a federal facility close to Crossville, Tennessee."

For reason, undersigned counsel would show that during the sentencing hearing on April 29, 2013, Ms. Burns' father and step-mother (John and Nancy Strait) testified they discussed with Ms. Burns alternate living arrangements, and were prepared to offer her the opportunity to reside in a mobile home located at 58 Lowe Drive, Crossville, Tennessee 38571, and on their property now vacate due to the death of Mrs. Strait's mother. Mr. and Mrs. Strait reside at 1529 North Lowe Road, Crossville, Tennessee. At the time, Ms. Burns was not sure about relocating her and her children to Tennessee. Ms. Burns has decided to accept the offer from the Straits, and plans to move her children to the new home just as soon as school is completed in Florida.

For those reasons, Ms. Burns requests the Court modify the Judgment to reflect a recommendation that her sentence of 1 year and 1 day be served at a federal facility near Crossville, Tennessee.

1