IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:11-00002-32 |
| | ) | Judge Trauger |
| JESSICA LYNN BURNS | ) | |
| | ) | |

**O R D E R**

It is hereby **ORDERED** that the Judgment entered on April 30, 2013 (Docket No. 1499) is **AMENDED** by changing the Recommendation to the Bureau of Prison on page 2 to recommend that defendant be housed in a federal facility close to Crossville, Tennessee.

It is so **ORDERED**.

ENTER this 8th day of May 2013

_____
ALETA A. TRAUGER
U.S. District Judge