Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

VS.                           NO. 2:11-cr-00002-022
                                         MAGISTRATE JUDGE BRYANT

MARCIA PRESS

## JOINT MOTION TO WAIVE HEARING ON VIOLATION OF SUPERVISION AND PROPOSED ORDER

Come counsel for the defendant Marcia Press and A.U.S.A. Blanche Cook to move this Honorable Court to consider and adopt the attached Order which has been agreed to by the parties, to waive the hearing on Petition for Violation of Supervision and impose a sentence of 9 months, the maximum under the U.S. Sentencing Guidelines as calculated by U.S. Probation Officer Kara Sanders. Ms. Press admits the alleged violations contained in the petition. For grounds, the parties would show to the Court the following:

1. A hearing on a Petition for Revocation of Supervision is set for August 23, 2013, at 10:00am. (DE 1562)

2. On March 26, 2013, this court issued an order on a prior Petition for Revocation of Supervision, which included a sentence in custody of 30 days, to be followed by reporting to and participation in the Hope Center In-Patient Treatment Program offered through the Rescue Mission, for a minimum of 7 months and a maximum of 18 months, to be jointly determined by the treatment program and the Probation Officer. (DE 1456) As a further condition, the Court ruled that if terminated from the Hope Center program prior to completion, Ms. Press would be sentenced to the