IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 2:11-00002 |
| | ) | Judge Trauger |
| [5] JOSEPH ALLEN COWART | ) | |

**O R D E R**

It is hereby **ORDERED** that the sentencing previously scheduled for September 26, 2013 is **RESET** for Monday, February 10, 2014, at 11:00 a.m.

It is so **ORDERED**.

ENTER this 23rd day of September 2013.

_____
ALETA A. TRAUGER
U.S. District Judge