UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT COURT OF TENNESSEE
NASHVILLE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| V. | ) | No. 2:11-00002-25 | |
| | ) | | |
| COURTNEY JO RABIDEAU | ) | Judge Trauger | |
| | ) | | |

**Motion GRANTED conditioned upon the filing of a waiver of speedy trial.**

## MOTION TO CONTINUE TRIAL

Comes now the Defendant, Courtney Jo Rabideau, by and through her attorney, Bob Lynch, Jr., and hereby moves to continue her trial which is presently set for October 22, 2013, at 9:00 a.m. until a date in the near future in order for the government and the Defendant to resolve this case by plea agreement.

In support of this motion, the Defendant would show the court the following:

1. Defendant's counsel and AUSA Blanche Cook have been negotiating in earnest to resolve this case by plea agreement.

2. Both counsel agree that the parties need additional time to address and resolve certain issues as it relates to the Defendant's responsibility for the appropriate drug quantity under the conspiracy. The resolution of this matter is very important to the Defendant's ultimate sentencing. This case involves multiple wire taps with numerous captured conversations.

3. Defendant's counsel is meeting with AUSA Cook and her case agents on October 22, 2013, at 10:00 a.m. in order to ultimately resolve the drug quantity issue.

4. Undersigned counsel has discussed this matter by phone with Defendant, who is in custody. Defendant has consented to the motion to continue. A waiver of her speedy

1