UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ] | |
| | ] | |
| v. | ] | No. 2:11-00002-31 |
| | ] | Judge Trauger |
| **WILLIAM JEROME BURNS** | ] | |
| **Defendant.** | ] | |

### O R D E R

The Court has before it a letter (Docket Entry No.1577) from the defendant in which he expresses dissatisfaction with his attorney's representation.

Because it appears that the defendant is questioning the legality of a federal conviction, the Clerk is hereby directed to send the defendant a blank § 2255 Motion to Vacate, Set Aside or Correct Sentence.

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge