UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT COURT OF TENNESSEE
NASHVILLE DIVISION

> Motion GRANTED. Hearing reset for 11/22/13 at 3:00 p.m.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | No. 2:11-00002-25 |
| | ) | |
| COURTNEY JO RABIDEAU | ) | Judge Trauger |
| | ) | |

## JOINT MOTION FOR BRIEF CONTINUANCE

Come now the parties and hereby state to the Court that they have reached a plea agreement and are moving for a brief continuance of their now plea date from November 19, 2013 at 9:00 a.m., until November 22, 2013, at 3:00 p.m., because of scheduling difficulties.

Respectfully Submitted,

*/s/ Bob Lynch, Jr.*
**Bob Lynch, Jr. (BPR# 6298)**
Washington Square, Suite 316
222 Second Avenue North
Nashville, TN 37201
615-255-2888
615-256-5737 facsimile
*Attorney for Defendant Rabideau*

*/s/ Blanche Cook*
Ms. Blanche Cook
Assistant United States Attorney
110 Ninth Avenue South, A-961
Nashville, TN 37203

1