IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:11-00002 |
| | ) | Judge Trauger |
| [1] SPIKE WILLIAM HEDGECOTH | ) | |

**O R D E R**

At the sentencing hearing, it became clear that the sentencing needs to be postponed. It is hereby **ORDERED** that this case is set for a status conference on Thursday, January 9, 2014, at 3:00 p.m.

It is so **ORDERED**.

ENTER this 5th day of December 2013.

_____
ALETA A. TRAUGER
U.S. District Judge