# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 2:11-00002 |
| | ) | Judge Trauger |
| [1] SPIKE WILLIAM HEDGECOTH | ) | |

### **O R D E R**

A status conference was held in this case on January 9, 2014. This case is not yet ready for sentencing. It is therefore **ORDERED** that another status conference shall be held on February 21, 2014 at 10:00 a.m.

It is so **ORDERED**.

ENTER this 10th day of January 2014.

_____
ALETA A. TRAUGER
U.S. District Judge