# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:11-00002 |
| | ) | Judge Trauger |
| [21] TIFFANY BROOK NORRIS | ) | |

## O R D E R

It is hereby **ORDERED** that a hearing shall be held on Wednesday, March 19, 2014, at 2:00 p.m. on the Superseding Petition to Revoke Supervision (Docket No. 1601).

It is so **ORDERED**.

ENTER this 11th day of March 2014.

ALETA A. TRAUGER
U.S. District Judge